# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

TATE ACCESS FLOORS, INC.

    Plaintiff(s)

vs.

INTERFACE ARCHITECTURAL RESOURCES, INC.

    Defendant(s)

Civil Action No. 200CV 2543

__✓__ FEE PAID

_____ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Daniel F. Goldstein__ Esquire a member of the Bar of this court, moves the admission of __S. Craig Hemenway__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Interface Architectural Resources__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Georgia__

and/or the following United States Court(s): __Georgia Court of Appeals, Supreme Court of Georgia, USDC Northern District of Georgia__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __N/A__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _Daniel F Goldstein_ | _[signature]_ |
| Signature | Signature |
| Ste. 300, 520 West Fayette St. | 2400 Monarch Tower, 3424 Peachtree Rd. N.E. |
| Address | Address |
| Baltimore, Maryland 21201 | Atlanta, Georgia |
| (410) 962-1030 | 404-949-3999 |
| Office phone number | Office phone number |
| (410) 385-0869 | 404-949-2499 |
| Fax number | Fax number |
| 01036 | |
| Md. U S District Court Number | |

## ORDER

Motion _____ GRANTED

Motion ✓ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____
Dated                                             Judge, U. S. District Court