IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TATE ACCESS FLOORS, INC. ET AL. *

      Plaintiff(s) *

vs. *   Civil Action No. JFM 00 CV 2543

INTERFACE ARCHITECTURAL RESOURCES, INC. *

      Defendant(s) *

*********************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Darle M. Short__ Esquire a member of the Bar of this court, moves the admission of __Julie E. Zink__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiffs__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Ohio and Virginia__

and/or the following United States Court(s): _____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Not applicable__

**EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT**

Revised 6//98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____James A. Oliff_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_____
Signature

277 South Washington Street, Suite 500
Address

Alexandria, Virginia   22314

(703) 836-6400
Office phone number

(703) 836-2787
Fax number

07876
Md. U. S. District Court Number

PROPOSED ADMITTEE:

_____Julie Zink_____
Signature

277 South Washington Street, Suite 500
Address

Alexandria, Virginia   22314

(703) 836-6400
Office phone number

(703) 836-2787
Fax number

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_November 17, 2000_                    _____
Dated                                   Judge, U. S. District Court