IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TATE ACCESS FLOORS, INC. * | |
| * | |
| Plaintiff(s) * | Civil Action No. _____ 00CV 2543 |
| * | |
| vs. * | |
| * | ✓ FEE PAID |
| INTERFACE ARCHITECTURAL RESOURCES * | |
| * | ___ FEE NOT PAID |
| Defendant(s) * | |

*********************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 1010.1(b) of this Court, ____Daniel F. Goldstein____ Esquire, a member of the Bar of this court, moves the admission of ____John S. Pratt____ Esquire to appear pro hac vice in the captioned proceeding as counsel for ____Interface Architectural Resources____

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _Georgia_

_____

and/or the following United States Court(s): U.S. District Courts for the Northern and Middle Districts of Georgia; Eleventh Circuit Court of Appeals; Court of Appeals for the Federal Circuit

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court ____No____ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: ____N/A____

_____

_____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Ste. 300, 520 West Fayette St. | Ste. 2800, 1100 Peachtree Street |
| Address | Address |
| Baltimore, Maryland 21201 | Atlanta, Georgia 30309-4530 |
| (410) 962-1030 | (404) 815-6500 |
| Office phone number | Office phone number |
| (410) 385-0869 | (404) 815-6555 |
| Fax number | Fax number |
| 01036 | |
| Md. U.S. District Court Number | |

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_Jan 2, 2001_                                _[signature]_
Dated                                        Judge, U.S. District Court