IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TATE ACCESS FLOORS, INC., ) | |
| ) | |
| and ) | |
| ) | |
| TATE ACCESS FLOORS LEASING, INC. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. JFM 00 CV 2543 |
| ) | |
| v. ) | |
| ) | |
| INTERFACE ARCHITECTURAL ) | |
| RESOURCES, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

WHEREAS, Plaintiffs Tate Access Floors, Inc. and Tate Access Floors Leasing, Inc. have moved the Court to permit plaintiffs to file a reply to Defendant's Response to Plaintiff's Motion for a Preliminary Injunction with a maximum length of thirty-five (35) pages;

WHEREAS, Defendant Interface Architectural Resources, Inc. does not object to this motion;

Accordingly, it is this 5th day of January, 2001, ORDERED:

Plaintiffs may file a reply to Defendant's Response to Plaintiff's Motion for a Preliminary Injunction with a maximum length of thirty-five (35) pages.

United States District Judge