UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

February 23, 2001

Memo To Counsel Re: Tate Access Floors, et al. v. Interface Architectural
Resources, Inc.
Civil No. JFM-00-2543

Dear Counsel:

I am today entering an opinion granting Tate's motion for a preliminary injunction.

As the opinion indicates, I will not enter an implementing order until I have conferred with you. A conference to discuss the scope and terms of the order will be held at 2:30 p.m. on March 2, 2001. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Please confer with one another about the injunction prior to the conference. I hope you will be able either to agree upon the proposed language or, at least, to identify specific areas of disagreement so that our conference can be productive.

As to Interface's motion to allow Mr. Gallagher access to confidential information, my ruling is as follows. Tate should (as I understand it has been doing) permit Mr. Gallagher to have access to all confidential information other than "highly confidential" information about which it is particularly concerned. If Interface is of the view that it needs to share with Mr. Gallagher a specific piece of "highly confidential" information to conduct the litigation properly, it should bring that matter to my attention. After hearing from you informally (by letters and a conference call if necessary), I will decide whether that specific piece of information should be disclosed to Mr. Gallagher. I realize this process may overly time-consuming but it seems to me that the question presented has no easy generic answer and must be consider in specific context. For docketing purposes, I will indicate that Interface's motion has "been granted in part and denied in part."



**Page Two**

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                              Very truly yours,

                                              J. Frederick Motz
                                              United States District Judge

cc: Court File