IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TATE ACCESS FLOORS, ET AL. | * |
| | * |
| v. | *   Civil No. JFM-00-2543 |
| | * |
| INTERFACE ARCHITECTURAL | * |
| RESOURCES, INC. | * |

\*\*\*\*\*\*\*

ORDER

As stated in the accompanying letter to counsel, it is, this 23rd day of February 2001

ORDERED that Interface's motion to allow Interface in-counsel, Kevin C. Gallagher, access to Tate confidential information is granted in part and denied in part.

_____
J. Frederick Motz
United States District Judge