IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TATE ACCESS FLOORS, INC., and TATE ACCESS FLOORS LEASING, INC. | |
| Plaintiffs, | Civil Action No.: JFM 00 CV 2543 |
| v. | |
| INTERFACE ARCHITECTURAL RESOURCES, INC. | |
| Defendant. | |

MAR 9 2001
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## SCHEDULING ORDER

Upon unopposed motion by Defendant, and for good cause shown, the Court hereby ORDERS that the Court's November 9, 2000 Scheduling Order is modified to change the schedule for this matter as follows:

| | |
|---|---|
| Deadline for Fact Discovery | May 31, 2001 |
| Deadline for both parties to make initial Rule 26(a)(2) disclosures | June 15, 2001 |
| Deadline for both parties to make rebuttal expert disclosures | July 2, 2001 |
| Deadline for parties to make Rule 26(e) supplementation | June 15, 2001 |
| Expert discovery deadline | July 31, 2001 |
| Deadline for one side to submit motion for summary judgment | August 31, 2001 |

J. Frederick Motz
United States District Judge