IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TATE ACCESS FLOORS, INC. | * | |
| | * | |
| v. | * | Civil No. JFM-00-2543 |
| | * | |
| INTERFACE ARCHITECTURAL | * | |
| RESOURCES, INC. | * | |

*****

## ORDER

On March 16, 2001 I entered an order granting defendant's motion for issuance of letters rogatory. When entering the order, I assumed it was unopposed. Plaintiffs have now filed an opposition. Accordingly, it is, this 19th day of March 2001

ORDERED that the order entered herein granting defendant's motion for issuance of letters rogatory is rescinded, subject to being reconsidered after the issues raised by the motion have been fully briefed.

J. Frederick Motz
United States District Judge

