# KILPATRICK STOCKTON LLP

Attorneys at Law
2400 Monarch Tower
3424 Peachtree Road, NE
Atlanta, Georgia 30326
Telephone: 404.949.3999
Facsimile: 404.949.3990
Web site: www.kilpatrickstockton.com

April 3, 2001

E-mail: mstockwell@kilpatrickstockton.com
Direct Dial: 404.815.2404

APR 12 2001

Docket Clerk
United States District Court
For the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re: Tate Access Floors, Inc. and Tate Access Floors Leasing v. Interface
Architectural Resources, Inc.
Civil Action No. JFM 00 CV 2543

Dear Docket Clerk:

Please remove S. Craig Hemenway, 3424 Peachtree Road, N.E., Suite 2400 Monarch Tower, Atlanta, Georgia 30326; (404) 949-3999, as an attorney for defendant Interface Architectural Resources, Inc., in the above-referenced matter.

Sincerely,

Mitchell G. Stockwell

MGS/dlr

ATLLIB01 1135800 1

Atlanta • Augusta • Brussels • Charlotte • London • Miami • Raleigh • Stockholm • Washington • Winston-Salem