IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TATE ACCESS FLOORS, INC., and <br> TATE ACCESS FLOORS <br>     LEASING, INC. <br><br>     Plaintiffs, <br><br> v. <br><br> INTERFACE ARCHITECTURAL <br> RESOURCES, INC. <br><br>     Defendant. | Civil Action No.: <br> JFM 00 CV 2543 |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Upon Motion of the Defendant to Seal the Opposition to the Motion for Preliminary Injunction and accompanying Exhibits, and no opposition having been received, it is this 22d day of June, 2001 hereby

ORDERED that the Motion be and hereby is GRANTED.

_____
J. Frederick Motz
United States District Judge