IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TATE ACCESS FLOORS, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TATE ACCESS FLOORS LEASING, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. JFM 00 CV 2543 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERFACE ARCHITECTURAL RESOURCES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon Motion of the Plaintiffs to Seal the Reply to Defendant's Response to Plaintiff's Motion for a Preliminary Injunction and accompanying Exhibits, and no opposition having been received, it is this _22__ day of ~~January~~ June, 2001 hereby

ORDERED that the Motion be and hereby is GRANTED.

_____
United States District Judge