# KILPATRICK STOCKTON LLP

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2001 AUG 28 CLERK'S OFFICE AT BALTIMORE ____ DEPUTY*

Attorneys at Law
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
Telephone: 404.815.6500
Facsimile: 404.815.6555
Web site: www.kilpatrickstockton.com

August 24, 2001

E-mail: MStockwell@KilpatrickStockton.com
Direct Dial: 404.815.6214

**VIA TELECOPY and U.S. Mail**

Honorable J. Frederick Motz
United States District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street, Room 510
Baltimore, MD 21201-2691

    Re:    Tate Access Floors, Inc. and Tate Access
            Floors Leasing, Inc. v. Interface Architectural Resources, Inc.
            Case No. JMFF-002543

Dear Judge Motz:

     First, in presenting the parties' proposed summary judgment briefing schedule, I neglected to ask for permission to exceed the local rule's page limits on briefing. Because the parties are each filing a consolidated brief dealing with multiple issues (e.g., claim construction, infringement, validity, willfulness and some damages issues), it is likely that more than the allowed pages may be needed. Accordingly, Interface asks that the Court allow the parties' opening briefs to exceed the local rule page limits. Interface anticipates that its brief will be under 75 total pages (although, for obvious reasons, we will strive to make it as short as possible). I understand Tate's counsel has no objection to this request so long as Tate can take advantage of the extra pages in their brief as well.

     Second, because Interface's lead counsel is in Atlanta, we would like to provide our materials to Mr. Goldstein's office for filing by transmitting the materials to his office via Federal Express on the due date. Tate has no objection to this procedure and Interface asks the Court to allow it to so file its summary judgment materials.

                                            Sincerely,

                                            Mitchell G. Stockwell

cc:    Darle M. Short (via telecopy)
        Daniel F. Goldstein (via telecopy)

1215360