**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

February 20, 2002

Memo To Counsel Re: Tate Access Floors, Inc. v. Interface Architectural Resources, Inc.
Civil No. JFM-00-2543

Dear Counsel:

I am today issuing an opinion ruling on the pending summary judgment motions. In the opinion I grant summary judgment in favor of Tate on all issues except willful infringement as to which I have determined there is a genuine issue of material fact.

A scheduling conference will be held at 8:30 a.m. on March 6, 2002. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

J. Frederick Motz
United States District Judge

