FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2002 FEB 20  P 12: 31

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | |
|---|---|
| TATE ACCESS FLOORS, INC., and<br>TATE ACCESS FLOORS LEASING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>INTERFACE ARCHITECTURAL<br>RESOURCES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL NO. JFM-00-2543

<u>ORDER</u>

For the reasons stated in the accompanying opinion, it is, this _____ day of February 2002

ORDERED:

1. That Defendant's Motion for Summary Judgment is denied;

2. That Plaintiff's Motion for Summary Judgment is granted in part and denied in part;

3. Judgment of infringement in favor of Plaintiff is entered as to claims 1-11;

4. Judgment in favor of Plaintiff is entered regarding Defendant's defenses of practicing

the prior art, prior invention, indefiniteness, anticipation, obviousness and estoppel.

J. Frederick Motz
United States District Judge

31