IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TATE ACCESS FLOORS, INC., and <br> TATE ACCESS FLOORS <br>    LEASING, INC. <br><br> Plaintiffs, <br><br> v. <br><br> INTERFACE ARCHITECTURAL <br> RESOURCES, INC. <br><br> Defendant. | * <br> * <br> * <br> *    Civil Action No.: <br> *    JFM 00 CV 2543 <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Defendant's Motion to Seal Motion in Limine, Brief in Support of and Exhibits, and no opposition having been received, it is this _25th_ day of _April_, 2002 by the United States District Court for the District of Maryland,

ORDERED that the Motion be and hereby is GRANTED.

_____
United States District Judge

