IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TATE ACCESS FLOORS, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TATE ACCESS FLOORS LEASING, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. JFM 00 CV 2543 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERFACE ARCHITECTURAL RESOURCES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon Motion of the Plaintiffs to Seal the Memorandum in Support of Plaintiffs' Motion *in Limine* and accompanying Exhibits, and no opposition having been received, it is this 2\_ day of April, 2002 hereby

ORDERED that the Motion be and hereby is GRANTED.

_____
United States District Judge

