**Brown Goldstein Levy** LLP

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel: 410 962-1030
Fax: 410 385-0869
www.browngold.com

E-Mail: dfg@browngold.com

April 29, 2002

**VIA HAND DELIVERY**
Hon. J. Frederick Motz
Room 510
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:    Tate Access Floors, Inc. v. Interface Architectural Resource
             CA # JFM-00-2543

Dear Judge Motz:

    At present you have scheduled the pre-trial conference in this case for the May 15, 2002 by telephone and any Daubert hearing for May 17, 2002. I think it will be easier for each side to respond to any matters you might raise at the conference if it were to be in person. I wanted to suggest, therefore, if your calendar would permit, that both the hearing and the pre-trial conference be on the same day—either the 15th or the 17th—so that Mr. Stockwell could more easily participate in person at both.

    I have spoken to Mr. Short and he is agreeable to my request.

    Thank you for your attention to this matter.

                                  Very truly yours,

                                  Daniel F. Goldstein

DFG/tt

cc:    All Counsel (via fax)