IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TATE ACCESS FLOORS, INC., and<br>TATE ACCESS FLOORS<br>LEASING, INC. | *<br>*<br>* | |
| | * | Civil Action No.: |
| Plaintiffs, | * | JFM 00 CV 2543 |
| | * | |
| v. | * | |
| | * | |
| INTERFACE ARCHITECTURAL<br>RESOURCES, INC. | *<br>* | |
| | * | |
| Defendant. | * | |

## [~~PROPOSED~~] ORDER FOR DISMISSAL OF CLAIMS AND MODIFICATION OF PERMANENT INJUNCTION

This matter came before the Court on the Joint Stipulation For Dismissal of Claims and Modification of Permanent Injunction filed by the parties, and the Court, being duly advised, hereby finds that the parties have consented hereto and the stipulation should be and is approved:

IT IS THEREFORE ORDERED that this action shall be and is hereby dismissed with prejudice; and

IT IS FURTHER ORDERED that, pursuant to the terms of the Settlement Agreement between the parties as represented to the Court, the Permanent Injunction Order in this case dated March 6, 2002 is hereby modified to permit Defendant to manufacture, use, distribute, offer for sale and/or sell raised access floor panels covered by one or more claims of U.S. Patent No. 4,625,491 that have a floor covering that is not made of layers of kraft paper bonded together by resin at low, medium or high pressure, with a decorative paper layer and a clear protective top layer; and

IT IS FURTHER ORDERED that the Permanent Injunction Order dated March 6, 2002 as modified by this Order remains in effect during the term of U.S. Patent 4,625,491.

Entered this 13th day of March, 2002.

_____
United States District Judge